**J. Harry FARRELL, Receiver of the First National Bank of Portsmouth, Virginia, Appellant, v. Kate Walker AMES et al., Appellees.**

No. 4394.

Circuit Court of Appeals, Fourth Circuit.

Aug. 31, 1938.

Charles L. Kaufman, of Norfolk, Va., for appellant.

Tazewell Taylor, Wm. G. Maupin, and Julian S. Lawrence, all of Norfolk, Va., for appellees.

PER CURIAM.

Case entered dismissed under Rule 20 at cost of appellants, in accordance with agreement of counsel.